UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**
*[signature]*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:14-00069 |
| ) | JUDGE TRAUGER |
| JUSTIN FIFE ) | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Undersigned counsel moves to withdraw and for appointment of another attorney to represent defendant Justin Fife. In support of this motion, counsel would show the following:

1. On May 30, 2014, the Court held an initial appearance in this matter and, finding that Mr. Fife was indigent, appointed the Office of the Federal Public Defender to represent Mr. Fife.

2. Yesterday, undersigned counsel learned that the Office of the Federal Public Defender has a direct conflict in this matter.

3. Hershell Koger, an attorney on the C.J.A. panel for this district, stands ready to assume representation of Mr. Fife.

For the reasons stated above, Assistant Federal Public Defender Caryll S. Alpert moves to withdraw as counsel, and asks the Court to appoint attorney Hershell Koger to represent Mr. Fife in this matter.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047