IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00069 |
| | ) | Judge Trauger |
| | ) | |
| JUSTIN FIFE | ) | |

**O R D E R**

The Motion to Suppress filed by the defendant (Docket No. 18) is **SET** for an evidentiary hearing on Thursday, December 11, 2014, at 9:30 a.m. The trial scheduled for November 25, 2014 is **CONTINUED**, to be reset, if appropriate, following the suppression hearing.

It is so **ORDERED**.

ENTER this 6th day of November 2014.

_____
ALETA A. TRAUGER
U.S. District Judge