UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:14-cr-0069 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| JUSTIN FIFE, ) | |
| ) | |
| **Defendant,** ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion to Suppress (Docket No. 18) and Amended Motion to Suppress (Docket No. 34) are **DENIED**. As a housekeeping measure, the defendant's Motion to Strike (Docket No. 43) is **DENIED** for the reasons expressed on the record at the March 25, 2015 evidentiary hearing.

It is so **ORDERED**.

Enter this 9th day of July 2015.

_____
ALETA A. TRAUGER
United States District Judge

1